**FILED**
Aug 03 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ cynthial DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL TESFAYE WOLDEMICHAEL (1),<br>  aka "Danny,"<br>MOLLEY KAMARA KOSSO, JR. (2),<br>FREDDRICK JOHNSON (3),<br><br>  Defendants. | Case No. '22 CR1764 TWR<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine and Cocaine; Title 21, U.S.C., Sec. 841(a)(1) – Possession of Cocaine and Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

(Conspiracy to Distribute Methamphetamine and Cocaine)

Beginning on a date unknown to the grand jury, and continuing up to and including the date of this Indictment, within the Southern District of California, and elsewhere, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and MOLLEY KAMARA KOSSO, JR., did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine; and

ADBL:nlv:San Diego:8/3/22

500 grams and more, of a mixture and substance containing a detectable amount of methamphetamine, both a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 2

(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown to the grand jury, and continuing up to and including the date of this Indictment, within the Southern District of California, and elsewhere, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and FREDDRICK JOHNSON, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 3

(Possession with Intent to Distribute Cocaine)

On or about December 8, 2021, within the Southern District of California, defendant DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 2929 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

(Possession with Intent to Distribute Methamphetamine)

On or about January 12, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and

MOLLEY KAMARA KOSSO, JR., did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 11.164 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 5

(Possession with Intent to Distribute Methamphetamine)

On or about January 12, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and MOLLEY KAMARA KOSSO, JR., did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 3.085 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 6

(Possession with Intent to Distribute Methamphetamine)

On or about January 12, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and MOLLEY KAMARA KOSSO, JR., did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 8.973 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 7

(Possession with Intent to Distribute Cocaine)

On or about January 12, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and MOLLEY KAMARA KOSSO, JR., did knowingly and intentionally possess with

intent to distribute 500 grams and more, to wit: approximately 1001 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 8

(Possession with Intent to Distribute Methamphetamine)

On or about April 12, 2022, within the Southern District of California, defendant FREDDRICK JOHNSON, did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 9

(Possession with Intent to Distribute Methamphetamine)

On or about April 26, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and FREDDRICK JOHNSON, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 1000 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 10

(Possession with Intent to Distribute Methamphetamine)

On or about July 21, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and

FREDDRICK JOHNSON, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 1000 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 11

(Possession with Intent to Distribute Methamphetamine)

On or about August 1, 2022, within the Southern District of California, defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," and FREDDRICK JOHNSON, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 940 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 12

(Possession with Intent to Distribute Methamphetamine)

On or about August 1, 2022, within the Southern District of California, defendant DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 9,952.8 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//

Count 13

(Possession with Intent to Distribute Cocaine)

On or about August 1, 2022, within the Southern District of California, defendant DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 4,061.6 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 13 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 13 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants DANIEL TESFAYE WOLDEMICHAEL, aka "Danny," MOLLEY KAMARA KOSSO, JR., and FREDDRICK JOHNSON, shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 13 of this Indictment. The property to be forfeited includes, but is not limited to, approximately $4,440 seized from a parcel mailed on September 9, 2021; $5000 seized from a parcel mailed on September 27,

2021; $8000 seized from a parcel mailed on September 27, 2021; $24,000 seized from a parcel mailed on October 7, 2021; $7,000 seized from a parcel mailed on November 10, 2021; and $19,330, a Glock 19 handgun and eight rounds of 9mm ammunition seized from defendant MOLLEY KAMARA KOSSO on December 17, 2021, and a CZ-75, 9mm semi-automatic handgun, with serial number C837982, and magazine seized on August 1, 2022.

    4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: August 3, 2022.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
    A. DALE BLANKENSHIP
    Assistant U.S. Attorney